UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                    :

ROBERT P. HANDLER *in his capacity as*
*Trustee-Assignee for the Benefit of Creditors*    :
*of ELORAC, Inc.*,                                    ORDER
                                                     :
                 Plaintiff,                        24 Civ. 863 (JPC) (GWG)
                                                     :
    -v.-
                                                     :
CHARTWELL RX SCIENCES, LLC,
                                                   :

                 Defendant.                     :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

      Before the Court are the parties' letters concerning plaintiff's request "to establish a timeline pursuant to which Defendant must produce documents in response to Plaintiffs' Discovery Requests." Letter, filed June 28, 2024 (Docket # 59), at 4; <u>see</u> Letter, filed July 2, 2024 (Docket # 60).

      It is hereby ORDERED that defendant shall produce all documents responsive to plaintiff's March 19, 2024, document requests on or before July 17, 2024.

      SO ORDERED.

Dated: July 8, 2024
       New York, New York

                                                  *[signature]*
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge